No. 1201, Misc. COLLIER v. WINGO, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE HARLAN would grant certiorari, vacate the judgment below, and remand for the reasons stated in his separate opinion in *Chambers* v. *Maroney, ante,* p. 55. MR. JUSTICE MARSHALL would grant certiorari, vacate the judgment, and remand for further consideration in the light of *Chambers* v. *Maroney, ante,* p. 42.

No. 1399, Misc. CARTER ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari on the question whether a witness before a grand jury has standing in light of *Blair* v. *United States,* 250 U. S. 273, to challenge the constitutionality of a statute concerning violations of which he is compelled to testify.

No. 1668, Misc. FERGUSON ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1964, Misc. SATERY v. TEXAS. Ct. Crim. App. Tex. Motion to dissolve stay granted. Certiorari denied.

No. 2113, Misc. NEWMAN v. SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 2114, Misc. WHITNEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.